[No. 16766–9–I.   Division One.   November 17, 1986.]

TRANSAMERICA INSURANCE COMPANY, *Appellant,* v. MID–
CENTURY INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 84–2–05866–8, Frank J. Eberharter, J., entered
June 5, 1985. *Affirmed* by unpublished opinion per Ander-

sen, J. Pro Tem., concurred in by Horowitz and Winsor, JJ. Pro Tem.